UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00036

**Jonathan Reynolds,**
*Plaintiff,*

v.

**Ayesha Reynolds,**
*Defendant.*

## ORDER

Plaintiff Jonathan Reynolds, an inmate proceeding pro se, filed a complaint for alleged civil-rights violations in prison pursuant to 42 U.S.C. § 1983. The case was referred this case to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On March 31, 2022, the magistrate judge issued a report recommending that the plaintiff be denied leave to proceed without prepayment and that this case be dismissed without prejudice due to the plaintiff's failure to comply with the court's order to satisfy the filing fee requirement. Doc. 6. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The plaintiff's application to proceed without prepayment (Doc. 2) is denied, and this case is dismissed without prejudice.

*So ordered by the court on May 24, 2022.*

J. CAMPBELL BARKER
United States District Judge